**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason Daniel Ruppert<br>Heather Lynn Ruppert<br>              Debtors | BK NO. 18-02395 HWV<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PACIFIC UNION FINANCIAL and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/ James C. Warmbrodt, Esquire**
                                James C. Warmbrodt, Esquire
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                412-430-3594