```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-02395-HWV
Jason Daniel Ruppert                                                                    Chapter 13
Heather Lynn Ruppert
        Debtors                              CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                 Page 1 of 3                   Date Rcvd: Aug 28, 2018
                               Form ID: ntcnfhrg             Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db/jdb         +Jason Daniel Ruppert,    Heather Lynn Ruppert,    720 Finks Drive,    York, PA 17404-9654
5095122        +ARROWHEAD,    WILLIAMSON AND BROWN,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
5069997        +Acima Credit Fka Simpl,    9815 Monroe Street,    4th Floor,    Sandy UT 84070-4296
5069998        +Acima Credit Fka Simpl,    9815 S Monroe St Fl 4,    Sandy UT 84070-4296
5082339        +Aspire Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
5086817         CACH, LLC its successors and assigns as assignee,    of Genesis Bankcard Services, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5094196         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5070004        +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls SD 57117-6497
5070003        +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis MO 63179-0034
5070011        +Commonwealth Financial Systems,    245 Main St,    Dickson City PA 18519-1641
5069996         Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
5070015        +Mariner Finance,    8211 Town Center Dr,    Nottingham MD 21236-5904
5070020        +PA Unemployment Compensation Claims,    36 East Grant Street,    Lancaster PA 17602-2831
5086818         Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5070028         Resurgent Capital Services,    C/o Resurgent Capital Services,    Greenville SC 29602
5070040        +TD Auto Finance,    Po Box 9223,    Farmington Hills MI 48333-9223
5070039        +TD Auto Finance,    Attn: Bankruptcy,    Po Box 9223,    Farmington Hills MI 48333-9223
5069994        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
5094883         eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5069999        +E-mail/Text: smacknowski@msscuso.com Aug 28 2018 19:09:23      Aspire Fcu,
                 67 Walnut Ave Ste 401,    Clark NJ 07066-1696
5070001         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 19:10:11      Capital One,
                 15000 Capital One Dr,    Richmond VA 23238
5070002        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 19:10:12      Capital One,
                 Po Box 30253,    Salt Lake City UT 84130-0253
5070000        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 19:10:44      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City UT 84130-0285
5079319         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 19:10:11
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5070005        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2018 19:09:08
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus OH 43218-2125
5070006        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2018 19:09:08
                 Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus OH 43218-2789
5070008        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2018 19:09:08      Comenity Bkl/Ulta,
                 Po Box 182120,    Columbus OH 43218-2120
5070007        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2018 19:09:08      Comenity Bkl/Ulta,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus OH 43218-2125
5070009        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2018 19:09:08      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus OH 43218-2125
5070010        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2018 19:09:08      Comenitycapital/boscov,
                 Po Box 182120,    Columbus OH 43218-2120
5069995         E-mail/Text: cio.bncmail@irs.gov Aug 28 2018 19:09:04      IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
5070013        +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 28 2018 19:09:01      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee WI 53201-3120
5070014        +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 28 2018 19:09:01      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls WI 53051-5660
5086949         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 19:10:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5070017        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2018 19:09:17      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego CA 92108-2709
5070016        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2018 19:09:17      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego CA 92108-2709
5076954         E-mail/PDF: cbp@onemainfinancial.com Aug 28 2018 19:10:24      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5070018        +E-mail/PDF: cbp@onemainfinancial.com Aug 28 2018 19:10:24      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville IN 47708-1013
5070019        +E-mail/PDF: cbp@onemainfinancial.com Aug 28 2018 19:10:25      OneMain Financial,    Po Box 1010,
                 Evansville IN 47706-1010
5070024         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 19:10:28
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk VA 23502
5095605         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 19:10:27
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5070149        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 19:10:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5086950        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 19:10:14
                 PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5070021        +E-mail/Text: bankruptcy@loanpacific.com Aug 28 2018 19:09:30      Pacific Union Financial,
                 Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,    Farmers Branch TX 75234-6071
5070022        +E-mail/Text: bankruptcy@loanpacific.com Aug 28 2018 19:09:30      Pacific Union Financial,
                 1603 Lbj Fwy Ste 500,    Farmers Branch TX 75234-6071
5093612        +E-mail/Text: bankruptcy@loanpacific.com Aug 28 2018 19:09:30      Pacific Union Financial, LLC,
                 1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
5070023        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 19:10:12
                 Portfolio Recovery,    Po Box 41021,    Norfolk VA 23541-1021
5092414         E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2018 19:09:12
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
5093918         E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2018 19:09:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5093917         E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2018 19:09:12
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
5070025         E-mail/Text: colleen.atkinson@rmscollect.com Aug 28 2018 19:09:31       Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond VA 23235
5070026        +E-mail/Text: colleen.atkinson@rmscollect.com Aug 28 2018 19:09:31       Receivable Management Inc,
                 7206 Hull Street Rd Ste,    North Chesterfield VA 23235-5826
5070027        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 19:10:14
                 Resurgent Capital Services,    Po Box 10587,    Greenville SC 29603-0587
5070029        +E-mail/Text: bankruptcy@sw-credit.com Aug 28 2018 19:09:18      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton TX 75007-1958
5070030        +E-mail/Text: bankruptcy@sw-credit.com Aug 28 2018 19:09:18      Southwest Credit Systems,
                 4120 International Pkwy,    Carrollton TX 75007-1958
5070032        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 19:10:42      Syncb/carecr,   C/o Po Box 965036,
                 Orlando FL 32896-0001
5070031        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 19:10:25      Syncb/carecr,
                 Attn: Synchrony - Bankruptcy,    Po Box 960061,    Orlando FL 32896-0061
5070034        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 19:10:43      Syncb/hhgreg,   Po Box 965036,
                 Orlando FL 32896-5036
5070033        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 19:10:25      Syncb/hhgreg,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando FL 32896-5060
5070035        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 19:10:10      Synchrony Bank,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando FL 32896-5060
5070036        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 19:10:43      Synchrony Bank,   950 Forrer Blvd,
                 Kettering OH 45420-1469
5070037        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 19:10:26      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando FL 32896-5060
5070038        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 19:10:10      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando FL 32896-5024
5070041        +E-mail/Text: lconey@whiterosecu.com Aug 28 2018 19:09:33      White Rose Credit Union,
                 1529 Rodney Road,    York PA 17408-9716
                                                                                               TOTAL: 45

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5070012*        Internal Revenue Service,    Centralized Insolvency Operation,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
5080200*       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                  TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Heather Lynn Ruppert dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Jason Daniel Ruppert dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason Daniel Ruppert,

**Debtor 1**

Heather Lynn Ruppert,

**Debtor 2**

Chapter 13

Case No. 1:18–bk–02395–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 17, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 24, 2018  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737  (717) 901–2800 | **For the Court:** Terrence S. Miller  Clerk of the Bankruptcy Court:  By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 28, 2018 |

ntcnfhrg (03/18)