## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON DANIEL RUPPERT<br>AND<br>HEATHER LYNN RUPPERT<br><br>DEBTOR(s) | Chapter 13<br><br>18-02395<br><br>Motion to Extend Time to Pay Filing Fee |

## MOTION FOR EXTENSION OF TIME

1. Debtors filed an emergency petition in Chapter 13 bankruptcy on June 6, 2018.

2. Debtors filed an application to pay the filing fee in monthly installments.

3. An Order granting their application to pay the filing fee in installments was granted on June 7, 2018.

4. The filing fee was due on October 4, 2018.

5. Debtors had some unexpected expenses come up and Mr. Ruppert was on short-term disability for a few weeks and Debtors did not pay the filing fee.

6. Debtors have been in contact with Counsel regarding the filing fee and have indicated that they can pay the filing fee in full by November 16, 2018.

WHEREFORE, Debtors respectfully request this Honorable Court grant them an extension to pay the filing fee until November 16, 2018.

Date: 10/14/2018

Respectfully Submitted:
/s/ Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JASON DANIEL RUPPERT<br>AND<br>HEATHER LYNN RUPPERT<br><br>DEBTOR(s) | Chapter 13<br><br>18-02395<br><br>Motion to Extend Time to Pay Filing Fee |

### **ORDER**

Upon consideration of the Debtors' Motion to Extend Time, said Motion is hereby GRANTED and the Debtors are given an extension until November 16, 2018, to pay their filing fee in full.