UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JASON DANIEL RUPPERT<br>HEATHER LYNN RUPPERT | CASE NO: 18-2395<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/7/2018, I did cause a copy of the following documents, described below,

notice of confirmation hearing and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/7/2018

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON DANIEL RUPPERT
HEATHER LYNN RUPPERT

CASE NO: 18-2395

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 12/7/2018, a copy of the following documents, described below,

notice of confirmation hearing and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/7/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ARROWHEAD | ACIMA CREDIT FKA SIMPL |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-18-BK-02395-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>FRI DEC 7 09-43-22 EST 2018 | WILLIAMSON AND BROWNLLC<br>4691 CLIFTON PKWY<br>HAMBURG NY 14075-3201 | 9815 MONROE STREET<br>4TH FLOOR<br>SANDY UT 84070-4296 |
| ACIMA CREDIT FKA SIMPL<br>9815 S MONROE ST FL 4<br>SANDY UT 84070-4296 | ASPIRE FCU<br>67 WALNUT AVE STE 401<br>CLARK NJ 07066-1696 | ASPIRE FEDERAL CREDIT UNION<br>CO PETER J LISKA LLC<br>766 SHREWSBURY AVE<br>TINTON FALLS NJ 07724-3001 |
| CACH LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF GENESIS BANKCARD SERVICES INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 | CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| CITIBANKTHE HOME DEPOT<br>CENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITIBANKTHE HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | COLUMBIA GAS<br>CORPORATION SERVICE COMPANY<br>2595 INTERSTATE DRIVE SUITE 103<br>HARRISBURG PA 17110-9378 |
| COMENITY BANKVICTORIA SECRET<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITY BANKVICTORIA SECRET<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | COMENITY BKLULTA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMENITY BKLULTA<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 | COMENITYCAPITALBOSCOV<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYCAPITALBOSCOV<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 |
| COMMONWEALTH FINANCIAL SYSTEMS<br>245 MAIN ST<br>DICKSON CITY PA 18519-1641 | DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | DIRECT TV ATT<br>PO BOX 5014<br>CAROL STREAM IL 60197-5014 | FIRST ENERGY CORP<br>PO BOX 3687<br>AKRON OHIO 44309-3687 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

IRS CENTRALIZED INSOLVENCY OPER
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

KOHLSCAPITAL ONE
KOHLS CREDIT
PO BOX 3120
MILWAUKEE WI 53201-3120

KOHLSCAPITAL ONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS WI 53051-5660

LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS
ASSIGNEE OF ARROW FINANCIAL SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

MIDLAND FUNDING
2365 NORTHSIDE DR STE 30
SAN DIEGO CA 92108-2709

MIDLAND FUNDING
2365 NORTHSIDE DR STE 300
SAN DIEGO CA 92108-2709

ONEMAIN
PO BOX 3251
EVANSVILLE IN 47731-3251

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
601 NW 2ND STREET
EVANSVILLE IN 47708-1013

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE IN 47706-1010

PA UNEMPLOYMENT COMPENSATION CLAIMS
36 EAST GRANT STREET
LANCASTER PA 17602-2831

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSI
OF ROUNDUP FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

PACIFIC UNION FINANCIAL
1603 LBJ FWY STE 500
FARMERS BRANCH TX 75234-6071

PACIFIC UNION FINANCIAL
ATTN BANKRUPTCY
1603 LBJ FREEWAY SUITE 500
FARMERS BRANCH TX 75234-6071

PACIFIC UNION FINANCIAL LLC
1603 LBJ FREEWAY SUITE 500
FARMERS BRANCH TX 75234-6071

PINNACLE CREDIT SERVICES LLC ITS SUCCESSORS
ASSIGNS AS ASSIGNEE OF CELLCO PARTNERSHIP DBA VERIZON WIRELESS
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PORTFOLIO RECOVERY
PO BOX 41021
NORFOLK VA 23541-1021

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA TRUST LLC
PO BOX 788
KIRKLAND WA 98083-0788

RECEIVABLE MANAGEMENT INC
7206 HULL RD
STE 211
RICHMOND VA 23235

RECEIVABLE MANAGEMENT INC
7206 HULL STREET RD STE
NORTH CHESTERFIELD VA 23235-5826

RESURGENT CAPITAL SERVICES
55 BEATTIE PL 110
GREENVILLE SC 29601-5115

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

Case 1:18-bk-02395-HWV   Doc 33   Filed 12/18/18   Entered 12/18/18 11:01:40   Desc
Main Document    Page 4 of 5

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| HEATHER LYNN RUPPERT<br>720 FINKS DRIVE<br>YORK PA 17404-9654 | DEBTOR<br>JASON DANIEL RUPPERT<br>720 FINKS DRIVE<br>YORK PA 17404-9654 | SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PARKWAY<br>SUITE 1100<br>CARROLLTON TX 75007-1958 |
| SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PKWY<br>CARROLLTON TX 75007-1958 | SYNCBCARECR<br>ATTN SYNCHRONY BANKRUPTCY<br>PO BOX 960061<br>ORLANDO FL 32896-0061 | SYNCBCARECR<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 |
| SYNCBHHGREG<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCBHHGREG<br>PO BOX 965036<br>ORLANDO FL 32896-5036 | SYNCHRONY BANK<br>950 FORRER BLVD<br>KETTERING OH 45420-1469 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKWALMART<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKWALMART<br>PO BOX 965024<br>ORLANDO FL 32896-5024 |
| TD AUTO FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 9223<br>FARMINGTON HILLS MI 48333-9223 | TD AUTO FINANCE<br>PO BOX 9223<br>FARMINGTON HILLS MI 48333-9223 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | WHITE ROSE CREDIT UNION<br>1529 RODNEY ROAD<br>YORK PA 17408-9716 | YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 29262<br>NEW YORK NY 10087-9262 | | |