UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON DANIEL RUPPERT and : CHAPTER 13
HEATHER LYNN RUPPERT :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
JASON DANIEL RUPPERT and :
HEATHER LYNN RUPPERT :
   Respondent(s) : CASE NO. 1-18-bk-02395

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

     AND NOW, this 18th day of December, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

     2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

     a. 2017 Federal Income Tax return. (Second request)
     b. The Amended Plan has not been served upon parties in interest.
     c. Unfiled 2015 and 2017 Federal Income Tax Returns (Claim #6).

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                      Respectfully submitted:

                        Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

     BY:     /s/James K. Jones
                Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 18th day of December, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA   17401

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee