```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

```
In re:                                              Case No. 18-02395-HWV
Jason Daniel Ruppert                                Chapter 13
Heather Lynn Ruppert
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: DDunbar        Page 1 of 1           Date Rcvd: Mar 04, 2019
                            Form ID: trc         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
   NO NOTICES MAILED.
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5076954          E-mail/PDF: cbp@onemainfinancial.com Mar 04 2019 19:50:49      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
                                                                                       TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Dawn Marie Cutaia   on behalf of Debtor 2 Heather Lynn Ruppert dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia   on behalf of Debtor 1 Jason Daniel Ruppert dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James  Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 6
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-02395-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Jason Daniel Ruppert
720 Finks Drive
York PA 17404

Heather Lynn Ruppert
720 Finks Drive
York PA 17404

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/01/2019.

Name and Address of Alleged Transferor(s):

Claim No. 1: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/06/19

Terrence S. Miller
**CLERK OF THE COURT**