UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JASON DANIEL RUPPERT<br>HEATHER LYNN RUPPERT | CASE NO: 1:18-bk-02395-HWV<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/18/2019, I did cause a copy of the following documents, described below,

Notice of confirmation hearing and deadline and 2nd amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/18/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JASON DANIEL RUPPERT<br>HEATHER LYNN RUPPERT | CASE NO: 1:18-bk-02395-HWV<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 3/18/2019, a copy of the following documents, described below,

Notice of confirmation hearing and deadline and 2nd amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/18/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED
7018 1830 0001 2484 3956
MARINER FINANCE ATTN JOSHUA JOHNSON CEO
8211 TOWN CENTER DR
BALTIMORE MD 21236

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-18-BK-02395-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
MON MAR 18 14-14-13 EDT 2019

ARROWHEAD
WILLIAMSON AND BROWNLLC
4691 CLIFTON PKWY
HAMBURG NY 14075-3201

ACIMA CREDIT FKA SIMPL
9815 MONROE STREET
4TH FLOOR
SANDY UT 84070-4296

ACIMA CREDIT FKA SIMPL
9815 S MONROE ST FL 4
SANDY UT 84070-4296

ASPIRE FCU
67 WALNUT AVE STE 401
CLARK NJ 07066-1696

ASPIRE FEDERAL CREDIT UNION
CO PETER J LISKA LLC
766 SHREWSBURY AVE
TINTON FALLS NJ 07724-3001

CACH LLC ITS SUCCESSORS AND ASSIGNS AS ASSI
OF GENESIS BANKCARD SERVICES INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

CITIBANKTHE HOME DEPOT
CENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKTHE HOME DEPOT
PO BOX 6497
SIOUX FALLS SD 57117-6497

COLUMBIA GAS
CORPORATION SERVICE COMPANY
2595 INTERSTATE DRIVE SUITE 103
HARRISBURG PA 17110-9378

COMENITY BANKVICTORIA SECRET
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY BANKVICTORIA SECRET
PO BOX 182789
COLUMBUS OH 43218-2789

COMENITY BKLULTA
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY BKLULTA
PO BOX 182120
COLUMBUS OH 43218-2120

COMENITYCAPITALBOSCOV
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITYCAPITALBOSCOV
PO BOX 182120
COLUMBUS OH 43218-2120

COMMONWEALTH FINANCIAL SYSTEMS
245 MAIN ST
DICKSON CITY PA 18519-1641

DAWN MARIE CUTAIA
PUGH AND CUTAIA PLLC
115 E PHILADELPHIA STREET
YORK PA 17401-2437

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

DIRECT TV ATT
PO BOX 5014
CAROL STREAM IL 60197-5014

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FIRST ENERGY CORP                       KEVIN S FRANKEL                         IRS CENTRALIZED INSOLVENCY OPER
PO BOX 3687                             SHAPIRO  DENARDO LLC                    POST OFFICE BOX 7346
AKRON OHIO 44309-3687                   3600 HORIZON DRIVE                      PHILADELPHIA PA 19101-7346
                                        SUITE 150
                                        KING OF PRUSSIA PA 19406-4702


INTERNAL REVENUE SERVICE                KOHLSCAPITAL ONE                        KOHLSCAPITAL ONE
CENTRALIZED INSOLVENCY OPERATION        KOHLS CREDIT                            N56 W 17000 RIDGEWOOD DR
POST OFFICE BOX 7346                    PO BOX 3120                             MENOMONEE FALLS WI 53051-5660
PHILADELPHIA PA 19101-7346              MILWAUKEE WI 53201-3120


LVNV FUNDING LLC ITS SUCCESSORS AND     MARINER FINANCE                         MIDLAND FUNDING
ASSIGNS                                 8211 TOWN CENTER DR                     2365 NORTHSIDE DR STE 30
ASSIGNEE OF ARROW FINANCIAL SERVICES    NOTTINGHAM MD 21236-5904                SAN DIEGO CA 92108-2709
LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587


MIDLAND FUNDING                         NATIONSTAR MORTGAGE LLC DBA MR COOPER   ONEMAIN
2365 NORTHSIDE DR STE 300               8950 CYPRESS WATERS BLVD                PO BOX 3251
SAN DIEGO CA 92108-2709                 COPPELL TX 75019-4620                   EVANSVILLE IN 47731-3251


ONEMAIN FINANCIAL                       ONEMAIN FINANCIAL                       PA UNEMPLOYMENT COMPENSATION CLAIMS
ATTN BANKRUPTCY                         PO BOX 1010                             36 EAST GRANT STREET
601 NW 2ND STREET                       EVANSVILLE IN 47706-1010                LANCASTER PA 17602-2831
EVANSVILLE IN 47708-1013


PRA RECEIVABLES MANAGEMENT LLC          PRA RECEIVABLES MANAGEMENT LLC          PYOD LLC ITS SUCCESSORS AND ASSIGNS AS
POB 41067                               PO BOX 41021                            ASSI
NORFOLK VA 23541-1067                   NORFOLK VA 23541-1021                   OF ROUNDUP FUNDING LLC
                                                                                RESURGENT CAPITAL SERVICES
                                                                                PO BOX 19008
                                                                                GREENVILLE SC 29602-9008


PACIFIC UNION FINANCIAL                 PACIFIC UNION FINANCIAL                 PACIFIC UNION FINANCIAL LLC
1603 LBJ FWY STE 500                    ATTN BANKRUPTCY                         1603 LBJ FREEWAY SUITE 500
FARMERS BRANCH TX 75234-6071            1603 LBJ FREEWAY SUITE 500              FARMERS BRANCH TX 75234-6071
                                        FARMERS BRANCH TX 75234-6071


PINNACLE CREDIT SERVICES LLC ITS        PORTFOLIO RECOVERY ASSOCIATES LLC       PORTFOLIO RECOVERY
SUCCESSORS                              PO BOX 41067                            PO BOX 41021
ASSIGNS AS ASSIGNEE OF CELLCO           NORFOLK VA 23541-1067                   NORFOLK VA 23541-1021
PARTNERSHIP DBA VERIZON WIRELESS
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587


QUANTUM3 GROUP LLC AS AGENT FOR         QUANTUM3 GROUP LLC AS AGENT FOR         QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK                           COMENITY CAPITAL BANK                   MOMA TRUST LLC
PO BOX 788                              PO BOX 788                              PO BOX 788
KIRKLAND WA 98083-0788                  KIRKLAND WA 98083-0788                  KIRKLAND WA 98083-0788
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RECEIVABLE MANAGEMENT INC<br>7206 HULL RD<br>STE 211<br>RICHMOND VA 23235 | RECEIVABLE MANAGEMENT INC<br>7206 HULL STREET RD STE<br>NORTH CHESTERFIELD VA 23235-5826 | RESURGENT CAPITAL SERVICES<br>55 BEATTIE PL 110<br>GREENVILLE SC 29601-5115 |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | HEATHER LYNN RUPPERT<br>720 FINKS DRIVE<br>YORK PA 17404-9654 | DEBTOR<br>JASON DANIEL RUPPERT<br>720 FINKS DRIVE<br>YORK PA 17404-9654 |
| SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PARKWAY<br>SUITE 1100<br>CARROLLTON TX 75007-1958 | SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PKWY<br>CARROLLTON TX 75007-1958 | SYNCBCARECR<br>ATTN SYNCHRONY BANKRUPTCY<br>PO BOX 960061<br>ORLANDO FL 32896-0061 |
| SYNCBCARECR<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 | SYNCBHHGREG<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCBHHGREG<br>PO BOX 965036<br>ORLANDO FL 32896-5036 |
| SYNCHRONY BANK<br>950 FORRER BLVD<br>KETTERING OH 45420-1469 | SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKWALMART<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKWALMART<br>PO BOX 965024<br>ORLANDO FL 32896-5024 | TD AUTO FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 9223<br>FARMINGTON HILLS MI 48333-9223 | TD AUTO FINANCE<br>PO BOX 9223<br>FARMINGTON HILLS MI 48333-9223 |
| UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | WHITE ROSE CREDIT UNION<br>1529 RODNEY ROAD<br>YORK PA 17408-9716 |
| YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | ECAST SETTLEMENT CORPORATION<br>PO BOX 29262<br>NEW YORK NY 10087-9262 | |