# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jason Daniel Ruppert and Heather Lynn Ruppert<br>　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　Movant<br><br>v.<br>Jason Daniel Ruppert and Heather Lynn Ruppert<br>　　　　Respondent(s)<br><br>Charles J. Dehart, III<br>　　　　Trustee/Respondent | Chapter 13<br><br>1:18-bk-02395 HWV<br><br>Answer |

## **ANSWER**

**AND NOW**, this 28th day of May 2019, the Debtors, Jason Daniel Ruppert and Heather Lynn Ruppert by and through counsel, Dawn M. Cutaia, file this Answer to the Motion for Relief from Stay filed by NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied.
9. Debtors are without personal knowledge as to the billing practices of the Movant's attorney.

10. Admitted.

**WHEREFORE**, the Debtors respectfully request this Honorable Court deny the Motion for Relief and/or allow Debtors to amend their plan and roll in the arrears.

Respectfully Submitted,

Date: May 28, 2019

By: **/s/ Dawn M. Cutaia**

Supreme Court ID 77965

Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841