UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Chapter 13

Jason Daniel Ruppert
Heather Lynn Ruppert    Case NO. 18-2395

Debtor(s)/Movant(s)

## MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 7

**AND NOW**, this 5th day of November 2019, the Debtors, by and through their attorney, Dawn M. Cutaia, file this Motion to Convert their Case from a Chapter 13 to a Chapter 7 and in support thereof state the following:

1. Debtors filed a Chapter 13 bankruptcy on June 6, 2018.
2. Debtors wish to have their case converted to a Chapter 7.
3. Debtors' case has not previously been converted.

**WHEREFORE**, the Debtors respectfully request this Honorable Court convert their case to a Chapter 7.

Respectfully Submitted,

By: /s/ Dawn M. Cutaia

Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                    Chapter 13

Jason Daniel Ruppert
Heather Lynn Ruppert                        Case NO. 18-2395
      Debtor(s)/Movant(s)

## ORDER CONVERTING CASE

Upon consideration of Debtors' Motion to Convert Case to a Proceeding under Chapter 7 pursuant to 11 U.S.C. § 1307 (a), **IT IS HEREBY**:

      **ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.