```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                                  Case No. 18-02395-HWV
Jason Daniel Ruppert                                                                    Chapter 7
Heather Lynn Ruppert
         Debtors                                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: DaneishaD              Page 1 of 3                   Date Rcvd: Nov 19, 2019
                              Form ID: 309A                Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
db/jdb         +Jason Daniel Ruppert,    Heather Lynn Ruppert,    720 Finks Drive,   York, PA 17404-9654
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty            +Kevin S Frankel,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,   Suite 150,
                 King Of Prussia, PA 19406-4702
tr             +Lawrence V. Young (Trustee),    CGA Law Firm,   135 North George Street,    York, PA 17401-1132
5095122        +ARROWHEAD,    WILLIAMSON AND BROWN,LLC,    4691 Clifton Pkwy,   Hamburg, NY 14075-3201
5069997        +Acima Credit Fka Simpl,    9815 Monroe Street,    4th Floor,   Sandy UT 84070-4384
5069998        +Acima Credit Fka Simpl,    9815 S Monroe St Fl 4,   Sandy UT 84070-4384
5082339        +Aspire Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
5086817         CACH, LLC its successors and assigns as assignee,    of Genesis Bankcard Services, Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5129233        +Columbia Gas,    Corporation Service Company,    2595 Interstate Drive, Suite 103,
                 Harrisburg, PA 17110-9378
5070011        +Commonwealth Financial Systems,    245 Main St,   Dickson City PA 18519-1641
5069996         Department of Revenue,    1 Revenue Place,   Harrisburg PA 17129-0001
5129234         Direct Tv (AT&T),    PO Box 5014,   Carol Stream, IL 60197-5014
5070015        +Mariner Finance,    8211 Town Center Dr,   Nottingham MD 21236-5904
5232532       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    d/b/a Mr. Cooper,   P.O. Box 619096,
                 Dallas, TX 75261-9741)
5162642        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
5181591        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,   Dallas, TX 75261-9096
5181592        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,   Dallas, TX 75261-9741,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,   Dallas, TX 75261-9096
5070020        +PA Unemployment Compensation Claims,    36 East Grant Street,   Lancaster PA 17602-2831
5070022        +Pacific Union Financial,    1603 Lbj Fwy Ste 500,   Farmers Branch TX 75234-6071
5070021        +Pacific Union Financial,    Attn: Bankruptcy,   1603 Lbj Freeway, Suite 500,
                 Farmers Branch TX 75234-6071
5093612        +Pacific Union Financial, LLC,    1603 LBJ Freeway Suite 500,   Farmers Branch, TX 75234-6071
5069994        +York Adams Tax Claim Bureau,    PO BOX 15627,   York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dmcutaia@gmail.com Nov 19 2019 19:13:48     Dawn Marie Cutaia,
                 Pugh and Cutaia, PLLC,    115 E. Philadelphia Street,   York, PA 17401
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 19 2019 19:14:01     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr             +EDI: PRA.COM Nov 20 2019 00:18:00      PRA  Receivables Management LLC,   POB 41067,
                 Norfolk, VA 23541-1067
5069999        +E-mail/Text: smacknowski@msscuso.com Nov 19 2019 19:14:08     Aspire Fcu,
                 67 Walnut Ave Ste 401,    Clark NJ 07066-1696
5070001         EDI: CAPITALONE.COM Nov 20 2019 00:18:00     Capital One,   15000 Capital One Dr,
                 Richmond VA 23238
5070002        +EDI: CAPITALONE.COM Nov 20 2019 00:18:00     Capital One,   Po Box 30253,
                 Salt Lake City UT 84130-0253
5070000        +EDI: CAPITALONE.COM Nov 20 2019 00:18:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City UT 84130-0285
5079319         EDI: CAPITALONE.COM Nov 20 2019 00:18:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
5094196         EDI: BL-BECKET.COM Nov 20 2019 00:18:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5070004        +EDI: CITICORP.COM Nov 20 2019 00:18:00     Citibank/The Home Depot,   Po Box 6497,
                 Sioux Falls SD 57117-6497
5070003        +EDI: CITICORP.COM Nov 20 2019 00:18:00     Citibank/The Home Depot,   Centralized Bankruptcy,
                 Po Box 790034,    St Louis MO 63179-0034
5070005        +EDI: WFNNB.COM Nov 20 2019 00:18:00     Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus OH 43218-2125
5070006        +EDI: WFNNB.COM Nov 20 2019 00:18:00     Comenity Bank/Victoria Secret,   Po Box 182789,
                 Columbus OH 43218-2789
5070008        +EDI: WFNNB.COM Nov 20 2019 00:18:00     Comenity Bkl/Ulta,   Po Box 182120,
                 Columbus OH 43218-2120
5070007        +EDI: WFNNB.COM Nov 20 2019 00:18:00     Comenity Bkl/Ulta,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus OH 43218-2125
5070009        +EDI: WFNNB.COM Nov 20 2019 00:18:00     Comenitycapital/boscov,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus OH 43218-2125
5070010        +EDI: WFNNB.COM Nov 20 2019 00:18:00     Comenitycapital/boscov,   Po Box 182120,
                 Columbus OH 43218-2120
5129232         E-mail/Text: bankruptcy@firstenergycorp.com Nov 19 2019 19:14:02     First Energy Corp.,
                 P.O. Box 3687,    Akron, Ohio 44309-3687
5069995         EDI: IRS.COM Nov 20 2019 00:18:00     IRS Centralized Insolvency Oper.,   Post Office Box 7346,
                 Philadelphia PA 17346
5070013        +E-mail/Text: bncnotices@becket-lee.com Nov 19 2019 19:13:56     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee WI 53201-3120
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5070014        +E-mail/Text: bncnotices@becket-lee.com Nov 19 2019 19:13:56      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls WI 53051-5660
5086949         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 19:20:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5070017        +EDI: MID8.COM Nov 20 2019 00:18:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego CA 92108-2709
5070016        +EDI: MID8.COM Nov 20 2019 00:18:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego CA 92108-2709
5076954         EDI: AGFINANCE.COM Nov 20 2019 00:18:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5070018        +EDI: AGFINANCE.COM Nov 20 2019 00:18:00      OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville IN 47708-1013
5070019        +EDI: AGFINANCE.COM Nov 20 2019 00:18:00      OneMain Financial,    Po Box 1010,
                 Evansville IN 47706-1010
5070024         EDI: PRA.COM Nov 20 2019 00:18:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk VA 23502
5168360         EDI: PRA.COM Nov 20 2019 00:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
5168361         EDI: PRA.COM Nov 20 2019 00:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
5095605         EDI: PRA.COM Nov 20 2019 00:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5070149        +EDI: PRA.COM Nov 20 2019 00:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5086950        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 19:20:43
                 PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5086818         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 19:20:43
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5070023        +EDI: PRA.COM Nov 20 2019 00:18:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk VA 23541-1021
5092414         EDI: Q3G.COM Nov 20 2019 00:18:00      Quantum3 Group LLC as agent for,    MOMA Trust LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
5093918         EDI: Q3G.COM Nov 20 2019 00:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
5093917         EDI: Q3G.COM Nov 20 2019 00:18:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
5070025         E-mail/Text: colleen.atkinson@rmscollect.com Nov 19 2019 19:14:11      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond VA 23235
5070026        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 19 2019 19:14:11      Receivable Management Inc,
                 7206 Hull Street Rd Ste,    North Chesterfield VA 23235-5826
5070027        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 19:21:06
                 Resurgent Capital Services,    Po Box 10587,    Greenville SC 29603-0587
5070028        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 19:21:06
                 Resurgent Capital Services,    55 Beattie Pl 110,    Greenville, SC 29601-5115
5070029        +EDI: SWCR.COM Nov 20 2019 00:18:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton TX 75007-1958
5070030        +EDI: SWCR.COM Nov 20 2019 00:18:00      Southwest Credit Systems,    4120 International Pkwy,
                 Carrollton TX 75007-1958
5070032        +EDI: RMSC.COM Nov 20 2019 00:18:00      Syncb/carecr,    C/o Po Box 965036,
                 Orlando FL 32896-0001
5070031        +EDI: RMSC.COM Nov 20 2019 00:18:00      Syncb/carecr,    Attn: Synchrony - Bankruptcy,
                 Po Box 960061,    Orlando FL 32896-0061
5070034        +EDI: RMSC.COM Nov 20 2019 00:18:00      Syncb/hhgreg,    Po Box 965036,    Orlando FL 32896-5036
5070033        +EDI: RMSC.COM Nov 20 2019 00:18:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando FL 32896-5060
5070035        +EDI: RMSC.COM Nov 20 2019 00:18:00      Synchrony Bank,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando FL 32896-5060
5070036        +EDI: RMSC.COM Nov 20 2019 00:18:00      Synchrony Bank,    950 Forrer Blvd,
                 Kettering OH 45420-1469
5070037        +EDI: RMSC.COM Nov 20 2019 00:18:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando FL 32896-5060
5070038        +EDI: RMSC.COM Nov 20 2019 00:18:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando FL 32896-5024
5070039        +EDI: CHRYSLER.COM Nov 20 2019 00:18:00      TD Auto Finance,    Attn: Bankruptcy,    Po Box 9223,
                 Farmington Hills MI 48333-9223
5070040        +EDI: CHRYSLER.COM Nov 20 2019 00:18:00      TD Auto Finance,    Po Box 9223,
                 Farmington Hills MI 48333-9223
5070041        +E-mail/Text: lconey@whiterosecu.com Nov 19 2019 19:14:13      White Rose Credit Union,
                 1529 Rodney Road,    York PA 17408-9716
5094883         EDI: ECAST.COM Nov 20 2019 00:18:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 56
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5070012*       Internal Revenue Service,    Centralized Insolvency Operation,    Post Office Box 7346,
               Philadelphia PA 19101-7346
5080200*      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
```
              Dawn Marie Cutaia    on behalf of Debtor 2 Heather Lynn Ruppert dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Jason Daniel Ruppert dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James    Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              Lawrence V. Young (Trustee)     lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 7
```

|  | **Information to identify the case:** | | | |
|---|---|---|---|---|
| Debtor 1 | **Jason Daniel Ruppert** | | Social Security number or ITIN | xxx–xx–0866 |
|  | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Heather Lynn Ruppert** | | Social Security number or ITIN | xxx–xx–5426 |
|  | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | Date case filed in chapter **13** | **6/6/18** |
| Case number: | **1:18–bk–02395–HWV** | | Date case converted to chapter **7** | **11/6/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason Daniel Ruppert | Heather Lynn Ruppert |
| 2. | **All other names used in the last 8 years** |  |  |
| 3. | **Address** | 720 Finks Drive<br>York, PA 17404 | 720 Finks Drive<br>York, PA 17404 |
| 4. | **Debtor's attorney**<br>Name and address | Dawn Marie Cutaia<br>Pugh and Cutaia, PLLC<br>115 E. Philadelphia Street<br>York, PA 17401 | Contact phone 717–304–1841<br><br>Email:  dmcutaia@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence V. Young (Trustee)<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br><br>Email:  lyoung@cgalaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page **1**

**Receiving Court Issued Orders and Notices by E-Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 11/19/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 8, 2020 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number are required \*\*\*** | Location:<br><br>**45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/8/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |