Certificate Number: 17082-PAM-DE-034061453

Bankruptcy Case Number: 18-02395


17082-PAM-DE-034061453

# C<u>ERTIFICATE</u> O<u>F</u> D<u>EBTOR</u> E<u>DUCATION</u>

I CERTIFY that on <u>February 6, 2020</u>, at <u>6:36</u> o'clock <u>PM MST</u>, <u>JASON D RUPPERT</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>February 7, 2020</u>           By:     <u>/s/Orsolya K Lazar</u>

                                        Name:   <u>Orsolya K Lazar</u>

                                        Title:  <u>Executive Director</u>