```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                         Case No. 18-02395-HWV
Jason Daniel Ruppert                                           Chapter 7
Heather Lynn Ruppert
        Debtors           CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Mar 04, 2020
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
db         +Jason Daniel Ruppert,   720 Finks Drive,   York, PA 17404-9654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:
              Dawn Marie Cutaia    on behalf of Debtor 2 Heather Lynn Ruppert dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Jason Daniel Ruppert dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  Chapter 7 (converted)

**Jason Daniel Ruppert**
**Heather Lynn Ruppert**  Case NO. 18-2395
           Debtor(s)/Movant(s)

ORDER

Upon consideration of Debtors' Motion to Waive the Financial Management Course requirements for Heather Lynn Ruppert, **IT IS HEREBY**:

**ORDERED**, that Debtors' Motion is granted and Debtor Heather Lynn Ruppert shall not be required to take the Financial Management Course in order to get her discharge.

Dated: March 3, 2020  By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (LS)