```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 18-02395-HWV
Jason Daniel Ruppert                                                 Chapter 7
Heather Lynn Ruppert
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 3            Date Rcvd: Mar 30, 2020
                              Form ID: 318                 Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db/jdb         +Jason Daniel Ruppert,   Heather Lynn Ruppert,    720 Finks Drive,    York, PA 17404-9654
5095122        +ARROWHEAD,    WILLIAMSON AND BROWN,LLC,   4691 Clifton Pkwy,    Hamburg, NY 14075-3201
5069997        +Acima Credit Fka Simpl,   9815 Monroe Street,    4th Floor,    Sandy UT 84070-4384
5069998        +Acima Credit Fka Simpl,   9815 S Monroe St Fl 4,    Sandy UT 84070-4384
5082339        +Aspire Federal Credit Union,   c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
5086817         CACH, LLC its successors and assigns as assignee,    of Genesis Bankcard Services, Inc.,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
5129233        +Columbia Gas,   Corporation Service Company,    2595 Interstate Drive, Suite 103,
                 Harrisburg, PA 17110-9378
5070011        +Commonwealth Financial Systems,   245 Main St,    Dickson City PA 18519-1641
5069996         Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
5129234         Direct Tv (AT&T),   PO Box 5014,   Carol Stream, IL 60197-5014
5070015        +Mariner Finance,   8211 Town Center Dr,   Nottingham MD 21236-5904
5232532       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     d/b/a Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
5162642        +Nationstar Mortgage LLC d/b/a Mr. Cooper,   8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5181591        +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,    Dallas, TX 75261-9096
5181592        +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,    Dallas, TX 75261-9741,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,    Dallas, TX 75261-9096
5070020        +PA Unemployment Compensation Claims,   36 East Grant Street,    Lancaster PA 17602-2831
5070022        +Pacific Union Financial,   1603 Lbj Fwy Ste 500,    Farmers Branch TX 75234-6071
5070021        +Pacific Union Financial,   Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,
                 Farmers Branch TX 75234-6071
5093612        +Pacific Union Financial, LLC,   1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
5069994        +York Adams Tax Claim Bureau,   PO BOX 15627,    York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Mar 30 2020 23:13:00      PRA  Receivables Management LLC,   POB 41067,
                 Norfolk, VA 23541-1067
5069999        +E-mail/Text: smacknowski@msscuso.com Mar 30 2020 19:17:39      Aspire Fcu,
                 67 Walnut Ave Ste 401,   Clark NJ 07066-1696
5070001         EDI: CAPITALONE.COM Mar 30 2020 23:13:00      Capital One,   15000 Capital One Dr,
                 Richmond VA 23238
5070002        +EDI: CAPITALONE.COM Mar 30 2020 23:13:00      Capital One,   Po Box 30253,
                 Salt Lake City UT 84130-0253
5070000        +EDI: CAPITALONE.COM Mar 30 2020 23:13:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City UT 84130-0285
5079319         EDI: CAPITALONE.COM Mar 30 2020 23:13:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
5094196         EDI: BL-BECKET.COM Mar 30 2020 23:13:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
5070004        +EDI: CITICORP.COM Mar 30 2020 23:13:00      Citibank/The Home Depot,   Po Box 6497,
                 Sioux Falls SD 57117-6497
5070003        +EDI: CITICORP.COM Mar 30 2020 23:13:00      Citibank/The Home Depot,   Centralized Bankruptcy,
                 Po Box 790034,   St Louis MO 63179-0034
5070005        +EDI: WFNNB.COM Mar 30 2020 23:13:00      Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus OH 43218-2125
5070006        +EDI: WFNNB.COM Mar 30 2020 23:13:00      Comenity Bank/Victoria Secret,   Po Box 182789,
                 Columbus OH 43218-2789
5070008        +EDI: WFNNB.COM Mar 30 2020 23:13:00      Comenity Bkl/Ulta,   Po Box 182120,
                 Columbus OH 43218-2120
5070007        +EDI: WFNNB.COM Mar 30 2020 23:13:00      Comenity Bkl/Ulta,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus OH 43218-2125
5070009        +EDI: WFNNB.COM Mar 30 2020 23:13:00      Comenitycapital/boscov,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus OH 43218-2125
5070010        +EDI: WFNNB.COM Mar 30 2020 23:13:00      Comenitycapital/boscov,   Po Box 182120,
                 Columbus OH 43218-2120
5129232         E-mail/Text: bankruptcy@firstenergycorp.com Mar 30 2020 19:17:34      First Energy Corp.,
                 P.O. Box 3687,   Akron, Ohio 44309-3687
5069995         EDI: IRS.COM Mar 30 2020 23:13:00      IRS Centralized Insolvency Oper.,   Post Office Box 7346,
                 Philadelphia PA 19101-7346
5070013        +E-mail/Text: bncnotices@becket-lee.com Mar 30 2020 19:17:28      Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee WI 53201-3120
5070014        +E-mail/Text: bncnotices@becket-lee.com Mar 30 2020 19:17:28      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls WI 53051-5660
5086949         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2020 19:28:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5070017        +EDI: MID8.COM Mar 30 2020 23:13:00      Midland Funding,   2365 Northside Dr Ste 30,
                 San Diego CA 92108-2709
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5070016        +EDI: MID8.COM Mar 30 2020 23:13:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego CA 92108-2709
5076954         EDI: AGFINANCE.COM Mar 30 2020 23:13:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5070018        +EDI: AGFINANCE.COM Mar 30 2020 23:13:00      OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville IN 47708-1013
5070019        +EDI: AGFINANCE.COM Mar 30 2020 23:13:00      OneMain Financial,    Po Box 1010,
                 Evansville IN 47706-1010
5070024         EDI: PRA.COM Mar 30 2020 23:13:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk VA 23502
5168360         EDI: PRA.COM Mar 30 2020 23:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
5168361         EDI: PRA.COM Mar 30 2020 23:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
5095605         EDI: PRA.COM Mar 30 2020 23:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5070149        +EDI: PRA.COM Mar 30 2020 23:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5086950        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2020 19:27:11
                 PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5086818         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2020 19:27:11
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5070023        +EDI: PRA.COM Mar 30 2020 23:13:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk VA 23541-1021
5092414         EDI: Q3G.COM Mar 30 2020 23:13:00      Quantum3 Group LLC as agent for,    MOMA Trust LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
5093918         EDI: Q3G.COM Mar 30 2020 23:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
5093917         EDI: Q3G.COM Mar 30 2020 23:13:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
5070025         E-mail/Text: colleen.atkinson@rmscollect.com Mar 30 2020 19:17:43      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond VA 23235
5070026        +E-mail/Text: colleen.atkinson@rmscollect.com Mar 30 2020 19:17:43      Receivable Management Inc,
                 7206 Hull Street Rd Ste,    North Chesterfield VA 23235-5826
5070027        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2020 19:27:11
                 Resurgent Capital Services,    Po Box 10587,    Greenville SC 29603-0587
5070028        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2020 19:28:15
                 Resurgent Capital Services,    55 Beattie Pl 110,    Greenville, SC 29601-5115
5070029        +EDI: SWCR.COM Mar 30 2020 23:13:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton TX 75007-1958
5070030        +EDI: SWCR.COM Mar 30 2020 23:13:00      Southwest Credit Systems,    4120 International Pkwy,
                 Carrollton TX 75007-1958
5070032        +EDI: RMSC.COM Mar 30 2020 23:13:00      Syncb/carecr,    C/o Po Box 965036,
                 Orlando FL 32896-0001
5070031        +EDI: RMSC.COM Mar 30 2020 23:13:00      Syncb/carecr,    Attn: Synchrony - Bankruptcy,
                 Po Box 960061,    Orlando FL 32896-0061
5070034        +EDI: RMSC.COM Mar 30 2020 23:13:00      Syncb/hhgreg,    Po Box 965036,    Orlando FL 32896-5036
5070033        +EDI: RMSC.COM Mar 30 2020 23:13:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando FL 32896-5060
5070035        +EDI: RMSC.COM Mar 30 2020 23:13:00      Synchrony Bank,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando FL 32896-5060
5070036        +EDI: RMSC.COM Mar 30 2020 23:13:00      Synchrony Bank,    950 Forrer Blvd,
                 Kettering OH 45420-1469
5070037        +EDI: RMSC.COM Mar 30 2020 23:13:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando FL 32896-5060
5070038        +EDI: RMSC.COM Mar 30 2020 23:13:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando FL 32896-5024
5070039        +EDI: CHRYSLER.COM Mar 30 2020 23:13:00      TD Auto Finance,    Attn: Bankruptcy,    Po Box 9223,
                 Farmington Hills MI 48333-9223
5070040        +EDI: CHRYSLER.COM Mar 30 2020 23:13:00      TD Auto Finance,    Po Box 9223,
                 Farmington Hills MI 48333-9223
5070041        +E-mail/Text: lconey@whiterosecu.com Mar 30 2020 19:17:44      White Rose Credit Union,
                 1529 Rodney Road,    York PA 17408-9716
5094883         EDI: ECAST.COM Mar 30 2020 23:13:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                               TOTAL: 54

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5070012*        Internal Revenue Service,    Centralized Insolvency Operation,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
5080200*       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                 TOTALS: 0, * 3, ## 0
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:

```
          Dawn Marie Cutaia    on behalf of Debtor 2 Heather Lynn Ruppert dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Jason Daniel Ruppert dmcutaia@gmail.com,
           cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
          James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
           bkgroup@kmllawgroup.com
          James    Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                 TOTAL: 7
```

| | | |
|---|---|---|
| Debtor 1 | Jason Daniel Ruppert<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0866<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Heather Lynn Ruppert<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5426<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:18–bk–02395–HWV

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason Daniel Ruppert                              Heather Lynn Ruppert

**By the court:** /s/ Henry W. Van Eck

3/30/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**